IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RACQUEL MARTIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:12-cv-2707 |
| EXPRESSJET AIRLINES, INC., | § § § | |
| Defendant. | § | |

## AGREED ORDER DISMISSING LAWSUIT WITH PREJUDICE

CAME before the Court, Plaintiff Racquel Martin and Defendant ExpressJet Airlines, Inc. (collectively, the "Parties") and presented a Joint Motion to Dismiss with Prejudice. The Court has determined that such Motion should be GRANTED. It is, therefore,

ORDERED, ADJUDGED and DECREED that the claims raised in this lawsuit by Plaintiff are DISMISSED WITH PREJUDICE with fees and costs to be borne by the party incurring them.

This Order is final and disposes of all parties and all issues.

SIGNED this 24th day of July, 2013.

_____
Nancy F. Atlas
United States District Judge

**AGREED:**

By: */s/ Gay E. Gilson*  
    Gay E. Gilson  
    Texas Bar No. 00784131  
    S.D. ID No. 16385  
    *Electronically signed with  
     permission by Buena Vista Lyons*

**LAW OFFICES OF GAY E. GILSON**  
418 Peoples Street, Suite 402  
Corpus Christi, TX 78401  
Telephone: (361) 887-0552  
Facsimile: (361) 887-0554

**ATTORNEYS FOR PLAINTIFF RAQUEL MARTIN**

By: */s/ Buena Vista Lyons*  
    Buena Vista Lyons  
    Texas Bar No. 00797630  
    S.D. ID No. 25475  
    Allyn Jaqua Lowell  
    Texas Bar No. 24064143  
    S.D. ID No. 989720

**FORDHARRISON LLP**  
1601 Elm Street, Suite 4450  
Dallas, Texas 75201  
Telephone: (214) 256-4700  
Facsimile: (214) 256-4701

**ATTORNEYS FOR DEFENDANT EXPRESSJET AIRLINES, INC.**